# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-four,

Betina Blueford, Individually and on behalf of her minor children, M.B. and N.B., Twanna Floyd, Individually and on behalf of minor child, C.T., J. H., Minor, Vanessa Morales, Individually and on behalf of her minor children, P.M. and E.M., Stephanie J. Hill, Individually and on behalf of minor child, O.H, Kelley Siobhan Costello, As Guardian, on behalf of Plaintiff Child,

**ORDER**

Docket No. 24-2360

    Plaintiff - Appellants,

v.

Walgreens Co., Costco Wholesale Corporation, CVS Health Corporation, CVS Pharmacy, Inc, Walgreens Boots Alliance, Inc., a Delaware corporation, Safeway, Inc., Walmart Inc., a Delaware corporation, Rite Aid Corporation, Family Dollar, Inc., Target Corporation, Sam's West, inc., Dollar Tree, Inc., 7-Eleven, Inc., Dollar General Corporation, Family Dollar Stores, LLC, The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter, LLC, Dolgencorp LLC,

    Defendants - Appellees.

    A notice of appeal was filed on August 30, 2024. The Appellant's Form C due September 13, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the notice of appeal will be dismissed effective October 3, 2024, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court