# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2360

**Motion for:** Consolidation

**Caption [use short title]**

Belinda Blueford, Individually and on behalf of Minor Chindren M.B. and N.B., et al.

vs.

Johnson & Johnson Consumer, Inc., et al.

Cause of Action No. 24-2360

**Set forth below precise, complete statement of relief sought:**

Plaintiff-Appellants seek to consolidate two related matters, 24-916 and 24-2360.

**MOVING PARTY:** Plaintiffs    **OPPOSING PARTY:** Defendants

☒ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Thomas M. Beh    **OPPOSING ATTORNEY:** Jay P. Lefkowitz

[name of attorney, with firm, address, phone number and e-mail]

Murray Law Firm, 701 Poydras Street, Ste. 4250    Kirkland Y& Ellis, LLP, 601 Lexington Avenue,

New Orleans, LA 70115. 504-525-8100;    New York, NY 10022, 212-446-4800

tbeh@murray-lawfirm.com    lefknowitz@kirkland.com

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?    ☐ Yes  ☐ No
Has this relief been previously sought in this court?    ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?   ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**

_[signature]_    **Date:** 10/8/24    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)