# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand twenty-four.

Before:     Maria Araújo Kahn,
              *Circuit Judge.*

_____

| | |
|---|---|
| Betina Blueford, et al., | **ORDER** |
|     Plaintiff - Appellants, | Docket No. 24-2360 |
|   v. | |
| Walgreens Co., et al., | |
|     Defendants - Appellees. | |

_____

| | |
|---|---|
| Tiffany Rutledge, et al., | |
|     Plaintiff - Appellants, | Docket Nos. 24-916(L), 24-1121(Con) |
|   v. | |
| Walgreen Co., et al., | |
|     Defendants - Appellees. | |

_____

    Plaintiffs-Appellants move for consolidation of the above-captioned appeals.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                                   For the Court**:**
                                                                   Catherine O'Hagan Wolfe,
                                                                   Clerk of Court

