MURRAY LAW FIRM

HANCOCK WHITNEY CENTER

701 POYDRAS STREET, SUITE 4250

NEW ORLEANS, LOUISIANA 70139

STEPHEN B. MURRAY †
PATRICIA RIVET MURRAY
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY *
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
ROBIN MYERS
CAROLINE THOMAS WHITE
RUSTON J. PRITCHARD
THOMAS M. BEH

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
www.murray-lawfirm.com

† CERTIFIED AS A SPECIALIST IN CIVIL
   TRIAL ADVOCACY BY THE NATIONAL
   BOARD OF TRIAL ADVOCACY
* LICENSED IN LA & TX & USVI

November 6, 2024

<u>VIA CM/ECF</u>

The Honorable Beth Robinson
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

RE: ADOPTION OF BRIEFING, *IN RE: ACETAMINOPHEN – ASD-ADHD PRODUCTS LIABILITY LITIGATION*, CASE NO. 24-2360 C/W 24-1121 AND 24-916

Dear Judge Robinson:

The Murray Law Firm represents the Plaintiffs / Appellants in that matter captioned as *Betina Blueford, Individually and on behalf of her Minor Children M.B. and N.B., et. al. vs. Johnson & Johnson Consumer, Inc., et. al*., pending in this court under case number 24-2360.

On October 9, 2024 I filed a Motion to Consolidate that matter with that matter, also pending before this Court, captioned as *In Re: Acetaminophen- ASD – ADHD Products Liability Litigation*, Case No. 24-916 (Record Document 34) as both cases present the same issues and are based on the same facts.. On October 28, 2024 the Court granted that motion and consolidated Case No. 24-2360 with 24-916.(Record Document 35).

In the interest of judicial efficiency and to avoid the potential of inconsistent rulings, my clients hereby adopt the briefing and other documents submitted by the Appellants in Case No. 24-

The Honorable Beth Robinson
USCA for the Second Circuit
November 6, 2024

916. If you have any questions, please contact me at (504) 525-8100 or tbeh@murray-lawfirm.com.

                    Sincerely,

                    */s/ Thomas M. Beh*

                    Thomas M. Beh

Cc:    All counsel of record (via CM/ECF)